**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA MARQUEZ-MORENO,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 04-2074 PJH

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff's motion for a temporary restraining order to enjoin her deportation by the Department of Homeland Security in Dallas, Texas, came on for hearing on April 27, 2005 before this court. Plaintiff appeared through her counsel Marc VanDerHout and defendant appeared through its counsel, Julie Arbuckle and Edward Olsen. The motion is DENIED, for the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: April 27, 2005

                                              _____/s/_____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge