1  ARCH C. MCCOLL, III, appearing *pro hac vice*
   Texas State Bar No. 13431800
2  MCCOLL & MCCOLLOCH
     2000 Thanksgiving Tower
3    1601 Elm Street
     Dallas, Texas 75201
4    Telephone: (214) 979-0999
     Facsimile: (214) 979-0001
5
   GINA R. JOAQUIN, appearing *pro hac vice*
6  JOAQUIN & DUNCAN
     699 Airport Freeway, Suite 401
7    Hurst, Texas 76053
     Telephone: (817) 282-9050
8    Facsimile: (817) 282-9070

9  Attorneys for Plaintiff Claudia Marquez-Moreno

10
   KEVIN V. RYAN (CSBN 118321)
11 United States Attorney
   JOANN M. SWANSON (CSBN 88143)
12 Acting Chief, Civil Division
   JULIE A. ARBUCKLE (CSBN 193425)
13 Assistant United States Attorney
   CHINHAYI COLEMAN (CSBN 194542)
14 Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
15   San Francisco, California 94102
     Telephone: (415) 436-7200
16   Facsimile: (415) 436-6748

17 Attorneys for Defendant United States of America

18
                UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20
                    SAN FRANCISCO DIVISION
21

22 CLAUDIA MARQUEZ-MORENO,        )    **No. C 04-2074 PJH**
                                  )
23      Plaintiff,                )    **STIPULATION OF DISMISSAL AND**
                                  )    **[P~~ROPOSE~~D] ORDER**
24      v.                        )
                                  )
25 UNITED STATES OF AMERICA,      )
                                  )
26      Defendant.                )
                                  )
27 _____)

28      NOTICE IS HEREBY GIVEN and IT IS HEREBY STIPULATED AND AGREED that

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER - CASE NO. C 04-2074 PJH                1

pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Stipulation of Compromise Settlement, Plaintiff Claudia Marquez-Moreno voluntarily dismisses the entire above-captioned action against Defendant the United States of America with prejudice.  The parties each agree to bear their respective costs and attorneys' fees with respect to this action.

Dated: November 2, 2005            MCCOLL & MCCOLLOCH

                                                                                              /s/
                                                   Arch C. McColl, III
                                                 Lead Attorney for Plaintiff Claudia Marquez-Moreno

                                                 KEVIN V. RYAN
                                                 United States Attorney

Dated: November 2, 2005                      /s/
                                               JULIE A. ARBUCKLE
                                                 Assistant United States Attorney
                                                 Attorneys for Defendant United States of America

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/7/05                                       _____
                                                                           PHYLLIS J. HAMILTON
                                                                         United States District Judge